United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREG LUBISCH, )      No. C 13-05170 EJD (PR)
              )
    Plaintiff, )      ORDER GRANTING EXTENSION OF
              )      TIME TO FILE COMPLETE *IN*
    v.        )      *FORMA PAUPERIS* APPLICATION
              )
              )
COMMISSION ON JUDICIAL )
PERFORMANCE,  )
              )
    Defendant. )
_____ )

      On November 6, 2013, Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983, and an In Forma Pauperis ("IFP") Application. On the same day, Plaintiff was notified that his IFP application was deficient because it lacked the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (2) a copy of Plaintiff's trust account statement showing transactions for the last six months. (Docket No. 3.) On November 27, 2013, Plaintiff filed a second IFP application, which is deficient for the same reasons.[1] (Docket No. 5.) Plaintiff also filed a short form application to proceed without prepaying fees or costs, which is

---

[1] The attached Certificate of Funds was not completed by an authorized prison official. (Docket No. 5 at 5.)

Order Granting EOT to file IFP App.
P:\PRO-SE\EJD\CR.13\05170Lubisch-eot-ifp.wpd

1  insufficient and not supported by the required documents.  (Docket No. 8.)

2      In the interest of justice, Plaintiff is granted an extension of time to file the
3  missing documents to complete the IFP application.  Plaintiff must file the necessary
4  documents **no later than twenty-eight (28) days** from the date this order is filed.  In
5  the alternative, Plaintiff may pay the filing fee in the same time provided.

6      **Failure to file a timely response in accordance with this order by filing a**
7  **complete IFP application or paying the filing fee in the time provided will result in**
8  **the dismissal of this action without further notice to Plaintiff.**

10  DATED:  4/9/2014  
11                        EDWARD J. DAVILA
                      United States District Judge

**United States District Court**
For the Northern District of California

Order Granting EOT to file IFP App.
P:\PRO-SE\EJD\CR.13\05170Lubisch-eot-ifp.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREG LUBISCH,

        Plaintiff,

  v.

COMMISSION ON JUDICIAL
PERFORMANCE,

        Defendant.
                                 /

Case Number: CV13-05170 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    4/10/2014   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Greg Lubisch J-12674079
Hall of Justice
850 Bryant Street, 7th Floor
San Francisco, CA 94103

Dated:    4/10/2014

                                          Richard W. Wieking, Clerk
                                       /s/By: Elizabeth Garcia, Deputy Clerk